No. D-1182. IN RE DISBARMENT OF NAPOLI. Disbarment entered. [For earlier order herein, see *ante*, p. 937.]

No. D-1183. IN RE DISBARMENT OF ARTMAN. Disbarment entered. [For earlier order herein, see *ante*, p. 937.]

No. D-1217. IN RE DISBARMENT OF GLECIER. It is ordered that Daniel P. Glecier, of Lompoc, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1218. IN RE DISBARMENT OF HAMMEL. It is ordered that Herman Arthur Hammel, of Joliet, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 91-1111. HARTFORD FIRE INSURANCE CO. ET AL. *v.* CALIFORNIA ET AL.; and
No. 91-1128. MERRETT UNDERWRITING AGENCY MANAGEMENT LTD. ET AL. *v.* CALIFORNIA ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 814.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of petitioners for divided argument granted to be divided as follows: 30 minutes for petitioners in No. 91-1111 and 15 minutes for petitioners in No. 91-1128.

No. 91-1721. NORTHEASTERN FLORIDA CHAPTER OF THE ASSOCIATED GENERAL CONTRACTORS OF AMERICA *v.* CITY OF JACKSONVILLE, FLORIDA, ET AL. C. A. 11th Cir. [Certiorari granted, *ante*, p. 813.] Motion of respondents to dismiss case as moot denied.

No. 91-2019. MINNESOTA *v.* DICKERSON. Sup. Ct. Minn. [Certiorari granted, *ante*, p. 814.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91-2051. SOUTH DAKOTA *v.* BOURLAND, INDIVIDUALLY AND AS CHAIRMAN OF THE CHEYENNE RIVER SIOUX TRIBE, ET AL. C. A. 8th Cir. [Certiorari granted, *ante*, p. 813.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.